# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:07-CR-0277-RLH-GWR |
| Plaintiff, | ) | |
| vs. | ) | **O R D E R** |
| SANTIAGO HERNANDEZ-GOMEZ, | ) | |
| Defendant. | ) | |

Before this Court are the Findings and Recommendations of United States Magistrate Judge George W. Foley (#22, filed March 25, 2008). No objection was filed to Magistrate Judge Foley's Findings and Recommendations in accordance with Local Rule IB 3-2 of the Rules of Practice of the United States District Court for the District of Nevada, and the matter was submitted for consideration.

The court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. §636(b)(1)(B) and (C) and Local Rule IB 3-2 and determines that the Findings and Recommendations of Magistrate Judge Foley should be accepted and adopted.

IT IS THEREFORE ORDERED that Magistrate Judge Foley's Findings and Recommendations (#22) is AFFIRMED and ADOPTED, and Defendant's Motion to Suppress Evidence (#18) is denied.

Dated: April 22, 2008.

_____
Roger L. Hunt
Chief United States District Judge